# LARRY SHEEHAN
## ATTORNEY AT LAW
MEMBER NEW YORK BAR

840 GRAND CONCOURSE-SOUTH OFFICE
BRONX, NEW YORK L0451
917-417-0490

February 2, 2022

Via ECF
Honorable Paul Davidson
United States Magistrate
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Lourdes Ivette Pazo
    21 MJ 11873

Dear Judge Davidson:

    The defendant, in the above matter, is seeking the Court's permission to alter the terms of her supervised release. She is currently on house detention and her unemployment insurance runs out next week. She is a single mother of four young children ages 15 to 19. She is requesting a curfew so she can seek employment.

    I have received the consent of Probation Officer Jones of Connecticut pre-trial services for this application and Leo Barrios from pre-trial in Westchester. However, AUSA Steven Kochevar opposes the application.

    Should the Court have any questions please feel free to contact the undersigned.

Sincerely,

Larry Sheehan

LS/ss